1  Susan St. Vincent
   Acting Legal Officer
2  Tiffany Chiu
   Legal Intern
3  NATIONAL PARK SERVICE
   Law Enforcement Office
4  P.O. Box 517
   Yosemite, California 95389
5  Telephone: 209-372-0241

6
              IN THE UNITED STATES DISTRICT COURT FOR THE
7
                    EASTERN DISTRICT OF CALIFORNIA
8
   UNITED STATES OF AMERICA,    )    CASE: 6:12-mj-00039-MJS
9                               )
            Plaintiff,          )
10                              )    STIPULATION TO VACATE
        vs.                     )    TRIAL DATE AND SET FOR
11                              )    STATUS CONFERENCE
   MICHAEL A. JOHNS             )
12                              )
            Defendant.          )    Court: U.S. Magistrate
13                              )    Judge: Hon. Michael J. Seng
   _____)
14
        IT IS HEREBY STIPULATED by and between Tiffany Chiu, Legal
15
   Intern for the Government, and the Defendant, Michael A. Johns,
16
   that the Bench Trial currently set for July 25, 2012 in the
17
   above-captioned matter be vacated, and the matter be set for a
18
   Status Conference on August 21, 2012, at 10:00 a.m.
19

20
   Dated: July 17, 2012            By: /s/ Tiffany Chiu
21                                     Tiffany Chiu
                                       Legal Intern
22                                     Yosemite National Park

23

24 Dated: July 17, 2012            By: /s/ Chris Curtis
                                       Chris Curtis
25                                     Attorney for Defendant
                                       Michael A. Johns
26

27

28

                                    1
        STIPULATION TO VACATE TRIAL AND SET STATUS CONFERENCE AND ORDER THEREON

* * * ORDER * * *

The Court, having reviewed the above request to vacate the Trial Date, now set for July 25, 2012, and set a Status Conference in the above-captioned matter for August 21, 2012, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Trial set for July 25, 2012, is vacated.
2. The above-captioned matter is now set for a Status Conference on August 21, 2012.

IT IS SO ORDERED.

Dated:   July 17, 2012                         /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE